**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ESTRELLADO,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC and TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:18-cv-01846-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Maria Estrellado ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 24, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 17, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 30, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 9th day of October, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Jason G. Revzin
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

/s/ Shawn Miller
DAVID H. KRIEGER
SHAWN MILLER
Haines & Krieger, LLC
8985 S Eastern Ave, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com
*Counsel for Plaintiff*

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 11th day of October, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**