# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Maria Estrellado, | Case No.: 2:18-cv-01846-JAD-VCF |
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Dismiss Claims against Trans Union** |
| Ditech Financial, LLC and Trans Union, LLC, | |
| Defendants | [ECF No. 7] |

Trans Union LLC moves to dismiss plaintiff Maria Estrellado's claims against it in this Fair Credit Reporting Act case with prejudice and without leave to amend.[1]  Estrellado's response to the motion was due on November 13, 2018, but she filed nothing.  Local Rule 7-2(d) allows the court to deem the failure to timely oppose a motion as consent to granting it.  The Court applies LR 7-2(d) here and deems the plaintiff's silence as consent to granting Trans Union's motion.

Accordingly, IT IS HEREBY ORDERED that **Trans Union's Motion to Dismiss [ECF No. 7] is GRANTED**, and the claims against Trans Union are DISMISSED with prejudice and without leave to amend because amendment would be futile.

Dated: November 18, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.